Reagan L.B. Desmond, (OSB #045129)
rlbd@clydesnow.com
CLYDE SNOW & SESSIONS, PC
377 SW Century Drive, Suite 203
Bend, OR 97702
Telephone: (541) 797-0011

Timothy R. Pack (Utah Bar #12193)
trp@clydesnow.com
CLYDE SNOW & SESSIONS, PC
201 S. Main St., Ste. 2200
Salt Lake City, UT 84111
Telephone: (801) 433-2447

*Attorneys for Defendant Klamath Drainage District*

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KLAMATH DRAINAGE DISTRICT,<br><br>Defendant. | Case No.: 1:22-cv-00962-CL<br><br>**ORDER DISMISSING COUNTERCLAIMS AND STIPULATION TO AMEND ANSWER** |

Based on the Parties' Stipulated Motion Dismissing Counterclaims and Stipulation to Amend Answer, and good cause appearing, Defendant Klamath Drainage District's ("KDD") counterclaims are dismissed and Plaintiff's Motion to Dismiss Defendants' Counterclaims Under Rule 12(b)(1) for Lack of Subject Matter Jurisdiction [Dkt. 17] is denied as moot. Further, based on the Parties' stipulation, KDD may file an amended answer on or before November 15, 2022.

///

///

///

IT IS SO ORDERED AND DATED this 7th day of November, 2022

_____
MARK D. CLARKE
United States Magistrate Judge

Approved as to form:

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
RUTH A. HARVEY
Director

*s/ T. Dietrich Hill (signed with permission)*
T. Dietrich Hill
Attorneys for Plaintiff